IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JACQUELINE WILLIAMS-LESTER, )
                                                       )
    Plaintiff, )
                                                       )          No. 3:15-cv-00719
v. )          Senior Judge Haynes
                                                       )
SOCIAL SECURITY ADMINISTRATION, )
                                                       )
    Defendant. )

## O R D E R

In accordance with the Memorandum filed herewith, the Plaintiff's motion for judgment on the record (Docket Entry No. 14) is **GRANTED in part**, and this action is remanded to the Commissioner for consideration of Plaintiff's limitations related to her urinary impairment.

It is so **ORDERED**.

**ENTERED** this the ___ day of August, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge